COMMONWEALTH OF MASSACHUSETTS
THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

|  |  |
|---|---|
| KIMBERLY HIGDON )<br>        Plaintiff, )<br>v. )<br> )<br> )<br> )<br>KEOLIS COMMUTER SERVICES, LLC )<br>        Defendant. )<br> ) | **COMPLAINT AND JURY DEMAND** |

## INTRODUCTION

1.      This is a complaint under the Federal Employers Liability Act (FELA) for personal injuries sustained by the plaintiff while she was employed by the defendant, Keolis Commuter Services, LLC ("KEOLIS"). This matter arises out of an injury which occurred on or about September 2, 2015 in or near Boston, Massachusetts.

## JURISDICTION

2.      This Court has jurisdiction over this matter pursuant to the Federal Employers Liability Act, 45 U.S.C. §51, et. seq.

## THE PARTIES

3.      The plaintiff, Kimberly Higdon, is a resident of Newton, New Hampshire and brings this action pursuant to the Federal Employers Liability Act, 45 U.S.C. § 51 et. seq., for injuries which occurred while she was employed by the defendant, Keolis.

4. Defendant, Keolis, is a corporation organized and existing under the laws of the State of Rhode Island and which does business as a railroad in Massachusetts and has its principal place of business at 470 Atlantic Avenue, Boston, Massachusetts.

**FELA CLAIM VS. KEOLIS**

5. Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 4 of this complaint.

6. During all times herein mentioned the defendant Keolis, was a common carrier, engaged in the business of interstate commerce and, as such, operated a railroad in such business between Boston and Providence, Rhode Island.

7. At the time the plaintiff received the injuries complained of, both she and the defendant were engaged in interstate commerce, within the meaning of the Federal Employers Liability Act.

8. The injuries and damages giving rise to the cause of action are a result of the negligence of the defendant.

9. During the course of the plaintiff's employment on or about September 2, 2015 defendant, acting through its agents, servants or employees, negligently caused plaintiff to be injured. Keolis negligently exposed plaintiff to risk of injury from the dangerous and unsafe conditions that existed in its Commuter Rail facility. Specifically, defendant created a tripping hazard as a result of its negligent placement of a large, 480-volt power cable which obstructed the walkway where plaintiff was working, failed to properly and safely store the cable, and failed to enforce safety rules, regulations, and policies, which caused the Plaintiff

to trip and fall causing her injuries.

10.As  result of the negligence of the defendant and its failure to provide a safe place to work the plaintiff was injured and made sick, sore, lame and has suffered great pain of body, anguish of mind and will continue to suffer for an indeterminate period of time in the future; that prior to said sickness plaintiff was a strong, able bodied woman capable of earning and actually earning wages employed by the defendant, Keolis; that as a result of said injuries the plaintiff has been incapacitated and prevented from engaging in her employment, has lost wages, and that plaintiff will continue to be so incapacitated in the future; that the plaintiff has been and will be caused to incur expenses for medical treatment including medication in caring for said injuries.

**WHEREFORE**, plaintiff demands judgment against defendant together with costs and interest.

**PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES RAISED IN HER COMPLAINT.**

Respectfully submitted,
Kimberly Higdon
By her attorney,


  /s/ Michael J. McDevitt
Michael J. McDevitt, Esq. (BBO #564720)
LAWSON & WEITZEN, LLP
88 Black Falcon Avenue, Suite 345
Boston, Massachusetts 02110
Tel: (617) 439-4990
Fax: (617) 439-3987

Dated: August 3, 2016